# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In Re: | § § | |
| GALINDO DENTAL LABORATORY, INC., | § § | Case No. 15-09366 |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/17/2015 . The undersigned trustee was appointed on 03/17/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    24,478.23

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 9,852.39 |
   | Bank service fees | 444.03 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 14,181.81 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/11/2016 and the deadline for filing governmental claims was 01/11/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,197.82 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,197.82 , for a total compensation of $ 3,197.82 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2018          By: /s/GINA B. KROL
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| | |
|---|---|
| Case No: 15-09366   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: GALINDO DENTAL LABORATORY, INC., | Date Filed (f) or Converted (c): 03/17/15 (f) |
| | 341(a) Meeting Date: 04/21/15 |
| For Period Ending: 06/27/18 | Claims Bar Date: 01/11/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposit | 4,600.00 | 0.00 | | 0.00 | FA |
| 2. A/R | 406,524.80 | 0.00 | | 24,478.23 | FA |
| Trustee has employed collection agency to assist in collection of a/r. | | | | | |
| 3. Dental Equipment | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. Dental Materials | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Lincoln | 715.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Merceeds S-430 | 2,024.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $435,863.80 | $0.00 | | $24,478.23 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Cotniuing to collect a/r's June 08, 2017, 09:13 am

Continuing to Collect a/r's with assistance of collection agency
October 11, 2016, 01:42 pm

Trustee has retained a collection agency to assist in collection of a/r
October 08, 2015, 02:57 pm

Initial Projected Date of Final Report (TFR): 12/31/16   Current Projected Date of Final Report (TFR): 06/30/18

/s/   GINA B. KROL

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 15-09366   JSB   Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Date Filed (f) or Converted (c): 03/17/15 (f) |
| | | 341(a) Meeting Date: 04/21/15 |
| | | Claims Bar Date: 01/11/16 |

_____   Date: 06/27/18

   GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-09366 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | |
| For Period Ending: | 06/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/16 | | Receivables Control Corporation<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | A/R<br>Account Receivable due Debtor | | 1,150.00 | | 1,150.00 |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 1,150.00 )<br>Collection Split Per Ct Order | 3991-000 | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 2,300.00<br>A/R | 1121-000 | | | |
| 03/21/16 | | Receivables Control Corporation<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | A/R<br>Account Receivable due Debtor | | 622.72 | | 1,772.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 1,245.43<br>A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 622.71 )<br>50% Commission Per Ct Order | 3991-000 | | | |
| 04/13/16 | | Receivables Control Corporation<br>7373 Kirkwood Court<br>Suite 200<br>Minneapolis, MN 55369 | A/R<br>Account Receivable due Debtor | | 125.00 | | 1,897.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 250.00<br>A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 125.00 )<br>Collection Split | 3991-000 | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,887.72 |
| 05/24/16 | | Receivables Control Corporation<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | A/R<br>Account Receivable due Debtor | | 650.00 | | 2,537.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 1,300.00 | 1121-000 | | | |
| | | RECEIIVABLES CONROL CORPORATION | Memo Amount: ( 650.00 ) | 3991-000 | | | |

Page Subtotals    2,547.72    10.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00j

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 15-09366 -JSB |
| Case Name: | GALINDO DENTAL LABORATORY, INC., |
| Taxpayer ID No: | *******4019 |
| For Period Ending: | 06/27/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/16 | | Receivables Control Corporation<br>7373 Kirkwood Court<br>Suite 200<br>Minneapolis, MN 55369 | Collection Split<br>A/R<br>Account Receivable due Debtor | | 325.00 | | 2,862.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 | 1121-000 | | | |
| | | RECEIVALBE S CONTROL CORP | A/R<br>Memo Amount: ( 325.00 ) | 3991-000 | | | |
| 06/07/16 | | ASSOCIATED BANK | Collection Split<br>BANK SERVICE FEE | 2600-000 | | 10.00 | 2,852.72 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,842.72 |
| 07/12/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT, STE 200<br>MINNEAPOLIS, MN 55369 | A/R<br>Account Receivable due Debtor | | 450.00 | | 3,292.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 900.00 | 1121-000 | | | |
| | | RECEIVABLE CONTROL CORPORATION | Memo Amount: ( 450.00 ) | 3991-000 | | | |
| 08/05/16 | | RECEIVABLES CONTROL CORPORATION<br>P.O. BOX 9658<br>MINNEAPOLIS, MN 55440 | Collection split<br>A/R<br>Account Receivable due Debtor | | 325.00 | | 3,617.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 325.00 ) | 3991-000 | | | |
| 08/05/16 | | ASSOCIATED BANK | COMMISSION<br>BANK SERVICE FEE | 2600-000 | | 10.00 | 3,607.72 |
| 08/23/16 | 2 | FIRST DATA MERCHANT SERVICES<br>6902 PINE STREET PS31<br>OMAHA, NE 68106 | A/R<br>Account Receivable due Debtor | 1121-000 | 7,697.80 | | 11,305.52 |
| 09/07/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT | A/R<br>Account Receivable due Debtor | | 325.00 | | 11,630.52 |

Page Subtotals 9,122.80 30.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 06/27/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | STE 200 MINNEAPOLIS, MN 55369 | | | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 325.00 ) Commission | 3991-000 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,620.52 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.62 | 11,603.90 |
| 10/10/16 | | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 325.00 | | 11,928.90 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 325.00 ) commission | 3991-000 | | | |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.59 | 11,911.31 |
| 12/06/16 | | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 325.00 | | 12,236.31 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 RECEIVABLES CONTRAOL CORP | 1121-000 | | | |
| | | | Memo Amount: ( 325.00 ) COMMISSION | 3991-000 | | | |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.14 | 12,219.17 |
| 01/09/17 | | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 325.00 | | 12,544.17 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 A/R | 1121-000 | | | |

Page Subtotals   975.00   61.35

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 15-09366 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | |
| For Period Ending: | 06/27/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORP | Memo Amount: ( 325.00 ) commission | 3991-000 | | | |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.09 | 12,526.08 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND #016073584 | 2300-000 | | 15.58 | 12,510.50 |
| 02/07/17 | 2 | RECEIVABLES CONROL CORP 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 125.00 | | 12,635.50 |
| | | RECEIVABLES CONROL CORP | Memo Amount: 250.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 125.00 ) COMMISSION | 3991-000 | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.50 | 12,617.00 |
| 03/07/17 | 2 | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 200.00 | | 12,817.00 |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: 400.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORP | Memo Amount: ( 200.00 ) Commission | 3991-000 | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 12,800.09 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.97 | 12,781.12 |
| 04/10/17 | 2 | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT STE 200 MINNEAPOLIS, MN 55369 | | | 325.00 | | 13,106.12 |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 | 1121-000 | | | |

Page Subtotals  650.00  88.05

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 06/27/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORP | A/R Memo Amount: ( 325.00 ) COMMISSION | 3991-000 | | | |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.72 | 13,087.40 |
| 05/30/17 | 030002 | ALAN LASKO ALAN D. LASKO & ASSOCIATES, PC 205 W. RANDOLPH STREET STE 1150 CHICAGO, IL 60606 | | | | 1,441.74 | 11,645.66 |
| | | | Fees 1,437.20 | 3410-000 | | | |
| | | | Expenses 4.54 | 3420-000 | | | |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.46 | 11,626.20 |
| 06/09/17 | | GALINDO DENTAL LABORATORY, INC. 7373 KIRKWOOD COURT, SUITE 200 MINNEAPOLIS, MN 55369 | | | 292.50 | | 11,918.70 |
| | 2 | GALINDO DENTAL LABORATORY, INC. | Memo Amount: 585.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORP | Memo Amount: ( 292.50 ) COMMISSION | 3991-000 | | | |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.87 | 11,900.83 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.70 | 11,883.13 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.67 | 11,865.46 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.07 | 11,848.39 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.61 | 11,830.78 |
| 11/09/17 | | Receivables Control Corporation 7373 Kirkwood Court, Ste. 200 Minneapolis, MN 55369 | A/R Account Receivable due Debtor | | 2,500.00 | | 14,330.78 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 5,000.00 A/R | 1121-000 | | | |

Page Subtotals 2,792.50 1,567.84

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 06/27/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 2,500.00 ) A/R | 3991-000 | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 14,311.12 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.28 | 14,289.84 |
| 02/07/18 | 030003 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BOND BOND | 2300-000 | | 4.86 | 14,284.98 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.25 | 14,263.73 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.16 | 14,244.57 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,223.39 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.46 | 14,202.93 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.12 | 14,181.81 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 16,780.43 | COLUMN TOTALS | 16,088.02 | 1,906.21 | 14,181.81 |
| Memo Allocation Disbursements: | 8,390.21 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 16,088.02 | 1,906.21 | |
| Memo Allocation Net: | 8,390.22 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 16,088.02 | 1,906.21 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 16,780.43 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 8,390.21 | Checking Account (Non-Interest Earn - ********7863) | 16,088.02 | 1,906.21 | 14,181.81 |
| Total Memo Allocation Net: | 8,390.22 | | 16,088.02 | 1,906.21 | 14,181.81 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   148.97

UST Form 101-7-TFR (5/1/2011) (Page: 10)

LFORM24

Ver: 20.00j

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 15-09366 -JSB |
| Case Name: | GALINDO DENTAL LABORATORY, INC., |
| Taxpayer ID No: | *******4019 |
| For Period Ending: | 06/27/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7863  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 09, 2018 |
|---|---|---|---|---|---|---|
| Case Number: | 15-09366 | Priority Sequence | | | | |
| Debtor Name: | GALINDO DENTAL LABORATORY, INC., | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,096.50 | $4,096.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2.13 | $2.13 |
| 001<br>2100-00 | Gina B. Krol | Administrative | | $0.00 | $3,197.82 | $3,197.82 |
| ADMIN<br>001<br>3410-00 | ALAN LASKO<br>ALAN D. LASKO & ASSOCIATES, PC<br>205 W. RANDOLPH STREET<br>STE 1150<br>CHICAGO, IL 60606 | Administrative | 2221917863   05/30/17   30002 | $0.00 | $1,441.74<br>1,441.74 | $1,441.74 |
| 000002A<br>040<br>5800-00 | Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1050 | Priority | | $0.00 | $12,317.96 | $12,317.96 |
| 000004A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $25,389.44 | $25,389.44 |
| 000006A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority | | $0.00 | $2,307.15 | $2,307.15 |
| 000002C<br>050<br>4700-00 | Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1050 | Secured | | $0.00 | $253,944.56 | $253,944.56 |
| 000001<br>070<br>7100-00 | The Argen Corporation<br>c/o American Financial Management, Inc.<br>8755 West Higgins, Suite 610<br>Chicago, IL 60631-2751 | Unsecured | | $0.00 | $21,081.97 | $21,081.97 |
| 000003<br>070<br>7100-00 | The Argen Corporation<br>c/o Teller Levit & Silvertrust<br>19 S LaSalle Street Ste 701<br>Chicago, IL 60603 | Unsecured | | $0.00 | $21,844.38 | $21,844.38 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 09, 2018 |

Case Number: 15-09366  
Debtor Name: GALINDO DENTAL LABORATORY, INC.,  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | | | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|---|---|
| 000004B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Unsecured | | | | $0.00 | $1,233.45 | $1,233.45 |
| 000005 070 7100-00 | P & G, LLC 660 E. Roosevelt Rd. Lombard, IL 60148 | Unsecured | | | | $0.00 | $13,454.78 | $13,454.78 |
| 000002B 080 7300-00 | Internal Revenue Service 2001 Butterfield Road Downers Grove, IL 60515-1050 | Unsecured | | | | $0.00 | $2,171.86 | $2,171.86 |
| 000006B 080 7200-00 | Illinois Department of Employment Security 33 S State St., 10th Flr Coll Bkry Chicago, Illinois 60603 Attn. Amelia Yabes | Unsecured | | | | $0.00 | $36.31 | $36.31 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | 2221917863 2221917863 | 02/03/17 02/07/18 | 30001 30003 | $0.00 | $20.44 15.58 4.86 | $20.44 |
| | Case Totals: | | | | | $0.00 | $362,540.49 | $362,540.49 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09366
Case Name: GALINDO DENTAL LABORATORY, INC.,
Trustee Name: GINA B. KROL

Balance on hand $ 14,181.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002C | Internal Revenue Service 2001 Butterfield Road Downers Grove, IL 60515-1050 | $ 253,944.56 | $ 253,944.56 | $ 0.00 | $ 6,885.36 |

Total to be paid to secured creditors $ 6,885.36

Remaining Balance $ 7,296.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,197.82 | $ 0.00 | $ 3,197.82 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,096.50 | $ 0.00 | $ 4,096.50 |
| Accountant for Trustee Fees: ALAN LASKO | $ 1,437.20 | $ 1,437.20 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 4.54 | $ 4.54 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 20.44 | $ 20.44 | $ 0.00 |
| Other: Cohen & Krol | $ 2.13 | $ 0.00 | $ 2.13 |

Total to be paid for chapter 7 administrative expenses  $       7,296.45

Remaining Balance  $           0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,014.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1050 | $ 12,317.96 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 25,389.44 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | $ 2,307.15 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors  $           0.00

Remaining Balance  $           0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,614.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Argen Corporation c/o American Financial Management, Inc. 8755 West Higgins, Suite 610 Chicago, IL 60631-2751 | $ 21,081.97 | $ 0.00 | $ 0.00 |
| 000003 | The Argen Corporation c/o Teller Levit & Silvertrust 19 S LaSalle Street Ste 701 Chicago, IL 60603 | $ 21,844.38 | $ 0.00 | $ 0.00 |
| 000005 | P & G, LLC 660 E. Roosevelt Rd. Lombard, IL 60148 | $ 13,454.78 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 1,233.45 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 36.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | $ 36.31 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,171.86 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1050 | $ 2,171.86 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |