IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| GALINDO DENTAL LABORATORY, INC., | ) | 15-09366 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on July 10, 2018, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                        BY:/s/ Gina B. Krol
                                                    Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-09366<br>Northern District of Illinois<br>Chicago<br>Tue Jul 10 10:34:17 CDT 2018 | Cohen & Krol<br>105 W. Madison Street<br>Suite 105<br>Chicago, IL 60602-4600 | Galindo Dental Laboratory, Inc.<br>660 East Roosevelt Road<br>#2<br>Lombard, IL 60148-4776 |
| James R Picchetti, D.D.S.<br>660 E. Roosevelt Rd.<br>Lombard, IL 60148-4776 | P & G, LLC<br>660 E. Roosevelt Road.<br>Lombard, IL 60148-4776 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Beata Sury<br>3N350 Glad Drive<br>Saint Charles, IL 60175-6047 | Brasseler USA<br>c/o The Chaet Kaplan Baim Firm<br>30 N LaSalle St Ste 1520<br>Chicago, IL 60602-3387 | Ceferino Bahena<br>5735 West Dempster<br>Skokie, IL 60076 |
| Commonwealth Edison<br>P O Box 6111<br>Carol Stream, IL 60197-6111 | Cooler Smart<br>145 Tower Dr Suite 10<br>Burr Ridge, IL 60527-7841 | First Data<br>1307 Walt Whitman Road<br>Attn Lease Returns<br>Melville, NY 11747-4819 |
| Ford Motor Credit<br>P O Box 790093<br>Saint Louis, MO 63179-0093 | Freedman Anselmo Lindberg LLC<br>1771 W Diehl Road Ste 150<br>P O Box 3228<br>Naperville, IL 60566-3228 | GB Collects LLC<br>145 Bradford Dr<br>West Berlin, NJ 08091-9269 |
| Green Light Express Ltd<br>4321 N. United Pkwy<br>Schiller Park, IL 60176-1711 | Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603-2808<br>Attn. Amelia Yabes | Illinois Department of Revenue<br>P O Box 64338<br>Chicago, IL 60664-0291 |
| Illinois Department of Revenue Bankruptcy Se<br>P.O. Box 64338<br>Chicago, Illinois 60664-0291 | Illinois Dept Revenue<br>9511 Harrison Street<br>District 2<br>Des Plaines, IL 60016-1563 | Illinois Dept of Labor<br>160 N LaSalle Street<br>Suite C-1300<br>Chicago, IL 60601-3114 |
| Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1058 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Jesus Perez<br>17W731 East Roosevelt Rd<br>Oakbrook Terrace, IL 60181-3546 |
| Lanphier & Kowalkowski Ltd<br>568 Spring Road<br>Suite 8<br>Elmhurst, IL 60126-3880 | Manuel Perales<br>c/o Cunningham & Smith Law Grp<br>22 W Washington St Ste 1500<br>Chicago, IL 60602-1607 | Nicor Gas<br>P O Box 190<br>Aurora, IL 60507-0190 |
| North American Alloys Inc<br>225 Brentwood Court<br>Bloomingdale, IL 60108-2111 | Precident Corporation<br>P O Box 626<br>Union Pier, MI 49129-0626 | Richard D. Grossman<br>211 West Wacker Drive<br>Suite 710<br>Chicago, IL 60606-1385 |

```
Robin Zahran                           The Argen Corporation                      The Argen Corporation
721 Acorn Hill Lane                    c/o American Financial Management, Inc.    c/o Teller Levit & Silvertrust
Oak Brook, IL 60523-2706               8755 West Higgins, Suite 610               19 S LaSalle Street Ste 701
                                       Chicago, IL 60631-2751                     Chicago, IL 60603-1431


Gina B Krol                            Patrick S Layng                            Richard D. Grossman
Cohen & Krol                           Office of the U.S. Trustee, Region 11      Richard D Grossman Law Offices
105 West Madison St Ste 1100           219 S Dearborn St                          211 West Wacker Drive
Chicago, IL 60602-4600                 Room 873                                   Suite 710
                                       Chicago, IL 60604-2027                     Chicago, IL 60606-1385
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alan D Lasko & Associates, P.C.     (u)Receivables Control Corporation         (d)Galindo Dental Laboratory, Inc.
                                                                                  660 East Roosevelt Road
                                                                                  #2
                                                                                  Lombard, IL  60148-4776


(d)James R. Picchetti, D.D.S.          (d)P & G, LLC                              (u)Alan D Lasko
660 E. Roosevelt Rd.                   660 E. Roosevelt Rd.
Lombard, IL 60148-4776                 Lombard, IL 60148-4776


(d)Gina B Krol                         End of Label Matrix
Cohen & Krol                           Mailable recipients     35
105 West Madison St Ste 1100           Bypassed recipients      7
Chicago, IL 60602-4600                 Total                   42
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
GALINDO DENTAL LABORATORY, § Case No. 15-09366 JSB
INC., §
§
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/03/2018 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2018                      By: Gina B. Krol
                                                  Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
GALINDO DENTAL LABORATORY, § Case No. 15-09366 JSB
INC., §
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,478.23 |
| and approved disbursements of | $ | 10,296.42 |
| leaving a balance on hand of[1] | $ | 14,181.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000002C | Internal Revenue Service 2001 Butterfield Road Downers Grove, IL 60515-1050 | $ 253,944.56 | $ 253,944.56 | $ 0.00 | $ 6,885.36 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 6,885.36 |
| Remaining Balance | $ | 7,296.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,197.82 | $ 0.00 | $ 3,197.82 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,096.50 | $ 0.00 | $ 4,096.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN LASKO | $ 1,437.20 | $ 1,437.20 | $ 0.00 |
| Accountant for Trustee Expenses: ALAN LASKO | $ 4.54 | $ 4.54 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 20.44 | $ 20.44 | $ 0.00 |
| Other: Cohen & Krol | $ 2.13 | $ 0.00 | $ 2.13 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 7,296.45 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,014.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Internal Revenue Service 2001 Butterfield Road Downers Grove, IL 60515-1050 | $ 12,317.96 | $ 0.00 | $ 0.00 |
| 000004A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 25,389.44 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Employment Security 33 S State St., 10th Flr Coll Bkry Chicago, Illinois 60603 Attn. Amelia Yabes | $ 2,307.15 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |

  Remaining Balance                  $ 0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 57,614.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Argen Corporation c/o American Financial Management, Inc. 8755 West Higgins, Suite 610 Chicago, IL 60631-2751 | $ 21,081.97 | $ 0.00 | $ 0.00 |
| 000003 | The Argen Corporation c/o Teller Levit & Silvertrust 19 S LaSalle Street Ste 701 Chicago, IL 60603 | $ 21,844.38 | $ 0.00 | $ 0.00 |
| 000005 | P & G, LLC 660 E. Roosevelt Rd. Lombard, IL 60148 | $ 13,454.78 | $ 0.00 | $ 0.00 |
| 000004B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 1,233.45 | $ 0.00 | $ 0.00 |

  Total to be paid to timely general unsecured creditors     $ 0.00

  Remaining Balance                  $ 0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 36.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Illinois Department of Employment Security<br>33 S State St., 10th Flr Coll Bkry<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | $ 36.31 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,171.86  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Internal Revenue Service<br>2001 Butterfield Road<br>Downers Grove, IL 60515-1050 | $ 2,171.86 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

                                   Prepared By:   /s/GINA B. KROL
                                                                             Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.