# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § § | |
| GALINDO DENTAL LABORATORY, INC., | § § § § | Case No. 15-09366 JSB |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 29,339.00                           Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,885.36            Claims Discharged
                                                       Without Payment: 543,990.57

Total Expenses of Administration: 17,592.87

---

3) Total gross receipts of $ 24,478.23  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 24,478.23  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 253,944.56 | $ 253,944.56 | $ 6,885.36 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 17,592.87 | 17,592.87 | 17,592.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 229,296.91 | 40,014.55 | 40,014.55 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 214,048.42 | 59,822.75 | 59,822.75 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 443,345.33 | $ 371,374.73 | $ 371,374.73 | $ 24,478.23 |

4)  This case was originally filed under chapter 7 on 03/17/2015 . The case was pending for 43 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2018                    By:/s/GINA B. KROL
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Notes and Accounts Receivable | 1121-000 | 1,300.00 |
| A/R | 1121-000 | 23,178.23 |
| **TOTAL GROSS RECEIPTS** | | **$24,478.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002C | INTERNAL REVENUE SERVICE | 4700-000 | NA | 253,944.56 | 253,944.56 | 6,885.36 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 253,944.56** | **$ 253,944.56** | **$ 6,885.36** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 3,197.82 | 3,197.82 | 3,197.82 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 20.44 | 20.44 | 20.44 |
| ASSOCIATED BANK | 2600-000 | NA | 444.03 | 444.03 | 444.03 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 2,731.00 | 2,731.00 | 2,731.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 1,365.50 | 1,365.50 | 1,365.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 2.13 | 2.13 | 2.13 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ALAN LASKO | 3410-000 | NA | 1,437.20 | 1,437.20 | 1,437.20 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ALAN LASKO | 3420-000 | NA | 4.54 | 4.54 | 4.54 |
| COMMISSION | 3991-000 | NA | 325.00 | 325.00 | 325.00 |
| RECEIIVABLES CONROL CORPORATION | 3991-000 | NA | 650.00 | 650.00 | 650.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RECEIVABLE CONTROL CORPORATION | 3991-000 | NA | 450.00 | 450.00 | 450.00 |
| RECEIVABLES CONTROL CORP | 3991-000 | NA | 1,142.50 | 1,142.50 | 1,142.50 |
| RECEIVABLES CONTROL CORPORATION | 3991-000 | NA | 5,497.71 | 5,497.71 | 5,497.71 |
| RECEIVALBE S CONTROL CORP | 3991-000 | NA | 325.00 | 325.00 | 325.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 17,592.87 | $ 17,592.87 | $ 17,592.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Beata Sury 3N350 Glad Drive Saint Charles IL 60175 | | 11,725.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Illinois Department of Revenue P O Box 64338 Chicago IL 60664-0338 | | 28,820.97 | NA | NA | 0.00 |
| | Creditor # :3 Internal Revenue Service P O Box 7346 Philadelphia PA 19101-7346 | | 188,750.94 | NA | NA | 0.00 |
| | Representing: Beata Sury | | 0.00 | NA | NA | 0.00 |
| | Representing: Illinois Department of Revenue | | 0.00 | NA | NA | 0.00 |
| | Representing: Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| 000006A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 2,307.15 | 2,307.15 | 0.00 |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | NA | 25,389.44 | 25,389.44 | 0.00 |
| 000002A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 12,317.96 | 12,317.96 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 229,296.91 | $ 40,014.55 | $ 40,014.55 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Brasseler USA c/o The Chaet Kaplan Baim Firm 30 N LaSalle St Ste 1520 Chicago IL 60602 | | 3,401.74 | NA | NA | 0.00 |
| | Creditor # :10 Manuel Perales c/o Cunningham & Smith Law Grp 22 W Washington St Ste 1500 Chicago IL 60602 | | 65,000.00 | NA | NA | 0.00 |
| | Creditor # :11 Nicor Gas P O Box 190 Aurora IL 60507-0190 | | 692.00 | NA | NA | 0.00 |
| | Creditor # :12 North American Alloys Inc 225 Brentwood Court Bloomingdale IL 60108 | | 52,523.86 | NA | NA | 0.00 |
| | Creditor # :13 Precident Corporation P O Box 626 Union Pier MI 49129 | | 294.68 | NA | NA | 0.00 |
| | Creditor # :14 Robin Zahran 721 Acorn Hill Lane Oak Brook IL 60523 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :15 The Argen Corporation c/o Teller Levit & Silvertrust 19 S LaSalle Street Ste 701 Chicago IL 60603 | | 46,229.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Ceferino Bahena 5735 West Dempster Skokie IL 60076 | | 500.00 | NA | NA | 0.00 |
| | Creditor # :3 Commonwealth Edison P O Box 6111 Carol Stream IL 60197-6111 | | 1,265.00 | NA | NA | 0.00 |
| | Creditor # :4 Cooler Smart 145 Tower Dr Suite 10 Burr Ridge IL 60527 | | 2,475.60 | NA | NA | 0.00 |
| | Creditor # :5 First Data 1307 Walt Whitman Road Attn Lease Returns Melville NY 11747 | | 1,453.66 | NA | NA | 0.00 |
| | Creditor # :6 Ford Motor Credit P O Box 790093 Saint Louis MO 63179 | | 19,711.14 | NA | NA | 0.00 |
| | Creditor # :7 Green Light Express Ltd 4321 N. United Pkwy Schiller Park IL 60176 | | 3,210.05 | NA | NA | 0.00 |
| | Creditor # :8 Jesus Perez 17W731 East Roosevelt Rd Oakbrook Terrace IL 60181 | | 15,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :9 Lanphier & Kowalkowski Ltd 568 Spring Road Suite 8 Elmhurst IL 60126-3896 | | 2,291.50 | NA | NA | 0.00 |
| | Representing: Cooler Smart | | 0.00 | NA | NA | 0.00 |
| | Representing: Ford Motor Credit | | 0.00 | NA | NA | 0.00 |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE BANK | 7100-000 | NA | 1,233.45 | 1,233.45 | 0.00 |
| 000005 | P & G, LLC | 7100-000 | NA | 13,454.78 | 13,454.78 | 0.00 |
| 000001 | THE ARGEN CORPORATION | 7100-000 | NA | 21,081.97 | 21,081.97 | 0.00 |
| 000003 | THE ARGEN CORPORATION | 7100-000 | NA | 21,844.38 | 21,844.38 | 0.00 |
| 000006B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7200-000 | NA | 36.31 | 36.31 | 0.00 |
| 000002B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 2,171.86 | 2,171.86 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 214,048.42 | $ 59,822.75 | $ 59,822.75 | $ 0.00 |

Case 15-09366 Doc 47 Filed 10/12/18 Entered 10/12/18 14:39:46 Desc Main
Document Page 10 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 15-09366 JSB Judge: JANET S. BAER | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Date Filed (f) or Converted (c): | 03/17/15 (f) |
| | | | 341(a) Meeting Date: | 04/21/15 |
| For Period Ending: | 09/24/18 | | Claims Bar Date: | 01/11/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Security Deposit | 4,600.00 | 0.00 | | 0.00 | FA |
| 2. A/R | 406,524.80 | 0.00 | | 24,478.23 | FA |
| Trustee has employed collection agency to assist in collection of a/r. | | | | | |
| 3. Dental Equipment | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. Dental Materials | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. 1999 Lincoln | 715.00 | 0.00 | | 0.00 | FA |
| 6. 2001 Merceeds S-430 | 2,024.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $435,863.80 | $0.00 | | $24,478.23 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Cotninuing to collect a/r's June 08, 2017, 09:13 am

Continuing to Collect a/r's with assistance of collection agency
October 11, 2016, 01:42 pm

Trustee has retained a collection agency to assist in collection of a/r
October 08, 2015, 02:57 pm

Initial Projected Date of Final Report (TFR): 12/31/16    Current Projected Date of Final Report (TFR): 06/30/18

/s/    GINA B. KROL

Case 15-09366    Doc 47    Filed 10/12/18    Entered 10/12/18 14:39:46    Desc Main
Document    Page 11 of 18

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 15-09366 JSB Judge: JANET S. BAER | | Trustee Name: | GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Date Filed (f) or Converted (c): | 03/17/15 (f) |
| | | | 341(a) Meeting Date: | 04/21/15 |
| | | | Claims Bar Date: | 01/11/16 |

_____ Date: 09/24/18
GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/16 | | Receivables Control Corporation | A/R | | 1,150.00 | | 1,150.00 |
| | | 7373 Kirkwood Court, Suite 200 | Account Receivable due Debtor | | | | |
| | | Minneapolis, MN 55369 | | | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 1,150.00 ) | 3991-000 | | | |
| | | | Collection Split Per Ct Order | | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 2,300.00 | 1121-000 | | | |
| | | | A/R | | | | |
| 03/21/16 | | Receivables Control Corporation | A/R | | 622.72 | | 1,772.72 |
| | | 7373 Kirkwood Court, Suite 200 | Account Receivable due Debtor | | | | |
| | | Minneapolis, MN 55369 | | | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 1,245.43 | 1121-000 | | | |
| | | | A/R | | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 622.71 ) | 3991-000 | | | |
| | | | 50% Commission Per Ct Order | | | | |
| 04/13/16 | | Receivables Control Corporation | A/R | | 125.00 | | 1,897.72 |
| | | 7373 Kirkwood Court | Account Receivable due Debtor | | | | |
| | | Suite 200 | | | | | |
| | | Minneapolis, MN 55369 | | | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 250.00 | 1121-000 | | | |
| | | | A/R | | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 125.00 ) | 3991-000 | | | |
| | | | Collection Split | | | | |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,887.72 |
| 05/24/16 | | Receivables Control Corporation | A/R | | 650.00 | | 2,537.72 |
| | | 7373 Kirkwood Court, Suite 200 | Account Receivable due Debtor | | | | |
| | | Minneapolis, MN 55369 | | | | | |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 1,300.00 | 1121-000 | | | |
| | | RECEIIVABLES CONROL CORPORATION | Memo Amount: ( 650.00 ) | 3991-000 | | | |

Page Subtotals 2,547.72 10.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-09366 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | |
| For Period Ending: | 09/24/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/16 | | Receivables Control Corporation<br>7373 Kirkwood Court<br>Suite 200<br>Minneapolis, MN 55369 | Collection Split<br>A/R<br>Account Receivable due Debtor | | 325.00 | | 2,862.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 | 1121-000 | | | |
| | | RECEIVALBE S CONTROL CORP | Memo Amount: ( 325.00 ) | 3991-000 | | | |
| | | | A/R<br>Collection Split | | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,852.72 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,842.72 |
| 07/12/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT, STE 200<br>MINNEAPOLIS, MN 55369 | A/R<br>Account Receivable due Debtor | | 450.00 | | 3,292.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 900.00 | 1121-000 | | | |
| | | RECEIVABLE CONTROL CORPORATION | Memo Amount: ( 450.00 )<br>Collection split | 3991-000 | | | |
| 08/05/16 | | RECEIVABLES CONTROL CORPORATION<br>P.O. BOX 9658<br>MINNEAPOLIS, MN 55440 | A/R<br>Account Receivable due Debtor | | 325.00 | | 3,617.72 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount: 650.00 | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 325.00 )<br>COMMISSION | 3991-000 | | | |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,607.72 |
| 08/23/16 | 2 | FIRST DATA MERCHANT SERVICES<br>6902 PINE STREET PS31<br>OMAHA, NE 68106 | A/R<br>Account Receivable due Debtor | 1121-000 | 7,697.80 | | 11,305.52 |
| 09/07/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT | A/R<br>Account Receivable due Debtor | | 325.00 | | 11,630.52 |

Page Subtotals 9,122.80 30.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 2 | STE 200<br>MINNEAPOLIS, MN 55369<br>RECEIVABLES CONTROL CORPORATION | Memo Amount:   650.00<br>A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: (   325.00 )<br>Commission | 3991-000 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,620.52 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.62 | 11,603.90 |
| 10/10/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT, STE 200<br>MINNEAPOLIS, MN 55369 | | | 325.00 | | 11,928.90 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount:   650.00<br>A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: (   325.00 )<br>commission | 3991-000 | | | |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.59 | 11,911.31 |
| 12/06/16 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT, STE 200<br>MINNEAPOLIS, MN 55369 | | | 325.00 | | 12,236.31 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount:   650.00<br>RECEIVABLES CONTRAOL CORP | 1121-000 | | | |
| | | | Memo Amount: (   325.00 )<br>COMMISSION | 3991-000 | | | |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.14 | 12,219.17 |
| 01/09/17 | | RECEIVABLES CONTROL CORPORATION<br>7373 KIRKWOOD COURT, STE 200<br>MINNEAPOLIS, MN 55369 | | | 325.00 | | 12,544.17 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount:   650.00<br>A/R | 1121-000 | | | |

Page Subtotals      975.00      61.35

Ver: 20.00j

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORP | Memo Amount:   ( 325.00 ) commission | 3991-000 | | | |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.09 | 12,526.08 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND #016073584 | 2300-000 | | 15.58 | 12,510.50 |
| 02/07/17 | 2 | RECEIVABLES CONROL CORP 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 125.00 | | 12,635.50 |
| | | RECEIVABLES CONROL CORP | Memo Amount:    250.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount:   ( 125.00 ) COMMISSION | 3991-000 | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.50 | 12,617.00 |
| 03/07/17 | 2 | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT, STE 200 MINNEAPOLIS, MN 55369 | | | 200.00 | | 12,817.00 |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount:    400.00 A/R | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORP | Memo Amount:   ( 200.00 ) Commission | 3991-000 | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.91 | 12,800.09 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.97 | 12,781.12 |
| 04/10/17 | 2 | RECEIVABLES CONTROL CORPORATION 7373 KIRKWOOD COURT STE 200 MINNEAPOLIS, MN 55369 | | | 325.00 | | 13,106.12 |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount:    650.00 | 1121-000 | | | |

Page Subtotals                                                         650.00           88.05

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-09366 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | |
| For Period Ending: | 09/24/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORP | A/R  Memo Amount:  ( 325.00 )  COMMISSION | 3991-000 | | | |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.72 | 13,087.40 |
| 05/30/17 | 030002 | ALAN LASKO  ALAN D. LASKO & ASSOCIATES, PC  205 W. RANDOLPH STREET  STE 1150  CHICAGO, IL 60606 | | | | 1,441.74 | 11,645.66 |
| | | | Fees  1,437.20 | 3410-000 | | | |
| | | | Expenses  4.54 | 3420-000 | | | |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.46 | 11,626.20 |
| 06/09/17 | | GALINDO DENTAL LABORATORY, INC.  7373 KIRKWOOD COURT, SUITE 200  MINNEAPOLIS, MN 55369 | | | 292.50 | | 11,918.70 |
| | 2 | GALINDO DENTAL LABORATORY, INC. | Memo Amount:  585.00 | 1121-000 | | | |
| | | RECEIVABLES CONTROL CORP | A/R  Memo Amount:  ( 292.50 )  COMMISSION | 3991-000 | | | |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.87 | 11,900.83 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.70 | 11,883.13 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.67 | 11,865.46 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.07 | 11,848.39 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.61 | 11,830.78 |
| 11/09/17 | | Receivables Control Corporation  7373 Kirkwood Court, Ste. 200  Minneapolis, MN 55369 | A/R  Account Receivable due Debtor | | 2,500.00 | | 14,330.78 |
| | 2 | RECEIVABLES CONTROL CORPORATION | Memo Amount:  5,000.00  A/R | 1121-000 | | | |

Page Subtotals   2,792.50   1,567.84

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

FORM 2

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-09366 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | GALINDO DENTAL LABORATORY, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | | |
| For Period Ending: | 09/24/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | RECEIVABLES CONTROL CORPORATION | Memo Amount: ( 2,500.00 ) A/R | 3991-000 | | | |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 14,311.12 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.28 | 14,289.84 |
| 02/07/18 | 030003 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 4.86 | 14,284.98 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.25 | 14,263.73 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.16 | 14,244.57 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,223.39 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.46 | 14,202.93 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.12 | 14,181.81 |
| 08/03/18 | 030004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 2,731.00 | 11,450.81 |
| 08/03/18 | 030005 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Expenses | 3120-000 | | 2.13 | 11,448.68 |
| 08/03/18 | 030006 | Gina B. Krol | Final Distribution<br>Trustee Fees | 2100-000 | | 3,197.82 | 8,250.86 |
| 08/03/18 | 030007 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,365.50 | 6,885.36 |
| 08/03/18 | 030008 | Internal Revenue Service<br>2001 Butterfield Road | Final Distribution | 4700-000 | | 6,885.36 | 0.00 |

Page Subtotals          0.00        14,330.78

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-09366 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | GALINDO DENTAL LABORATORY, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7863 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4019 | | |
| For Period Ending: | 09/24/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Downers Grove, IL 60515-1050 | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 16,780.43 | COLUMN TOTALS | 16,088.02 | 16,088.02 | 0.00 |
| Memo Allocation Disbursements: | 8,390.21 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 16,088.02 | 16,088.02 | |
| Memo Allocation Net: | 8,390.22 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 16,088.02 | 16,088.02 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 16,780.43 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 8,390.21 | Checking Account (Non-Interest Earn - *******7863) | 16,088.02 | 16,088.02 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 8,390.22 | | 16,088.02 | 16,088.02 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*